IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANTONIO PHILLIPS,

                Petitioner,

   v.

                                               Case No. 20-mc-05-jdp

UNITED STATES,

                Respondent.

---

JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying petitioner's motion for compassionate release under 18 U.S.C. § 3582.


| /s/ | 3/31/20 |
|---|---|
| Peter Oppeneer<br>Clerk of Court | Date |